**Order filed November 10, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00512-CR**

_____

**RONALD CROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 16373**

## ORDER

Appellant is represented by retained counsel, J. Sidney Crowley. Appellant's brief was originally due January 27, 2015. At that time, appellant was represented by a different lawyer. On April 14, 2015, we granted appellant's motion to substitute Crowley as his lawyer.

As a result of appellant's motions for extensions to file his brief, as well as motions for extension by the court reporter to file the reporter's record because

appellant had not paid for the record until recently, we have granted a total of 161 days to file appellant's brief until October 26, 2015. We have noted that no further extensions will be granted absent exceptional circumstances. No brief was filed. On November 3, 2015, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We **deny** the request for extension and issue the following order.

Accordingly, we order J. Sidney Crowley to file a brief with the clerk of this court on or before **December 3, 2015**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Boyce, Busby, and Brown